# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

## NO. 03-13-00320-CR

**Javier Cabrera Moya, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment of conviction entered by the trial court on April 18, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.